IN THE BANKRUPTCY COURT OF THE UNITED STATES
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: NEDRA ANN SPEES, Debtor					CASE # 15-10961

**MOTION TO WITHDRAW AS COUNSEL**

Comes Now Counsel for the debtor, GILES W. KING, attorney and files this Motion to Withdraw as Debtor's Counsel and for cause would show unto this Honorable Court the following:

That the Debtor, NEDREA ANN SPEES, has filed a document with the Trustee's office notifying the Trustee that she wishes to terminate the counsel of Attorney and proceed PRO SE in her present chapter 13 case.

WHEREFORE PREMISES CONSIDERED, counsel respectfully requests the Court to enter an Order Allowing him to Withdraw as Counsel for Debtor, Allowing her to continue PRO SE in her chapter 13 case and for such other and further general relief as the Court deems just and proper under the circumstances.

RESPECTFULLY SUBMITTED this 23rd day of June, 2015.

    /s/ Giles W. King
Giles W. King, Esq.
Attorney for Debtor
5699 Getwell Road
Building F, Suite 1
Southaven, MS   38672
662-349-3111

## **CERTIFICATE OF SERVICE**

I, Giles W. King, Attorney, do hereby certify that the following have been served with a true and correct copy of the above Motion to Withdraw as Counsel via ECF by electronic delivery:

Henry G. Hobbs, Jr., Acting U. S. Trustee: USTPRegion05.JA.ECF@usdoj.gov
Locke D. Barkley: sbeasley@barkley13.com

I further do hereby certify that I have this day forwarded a true and correct copy of the Motion to Withdraw as Counsel to the following parties by United States Postal Service:

Nedra Ann Spees
784 Hemingway Cove
Hernando, MS  38632

This the 23rd day of June, 2015

/s/ Giles W. King
Giles W. King, Esq.