_____
United States Bankruptcy Judge
8/18/15

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                    CHAPTER 13 CASE NO.:

NEDRA ANN SPEES                      15-10961-JDW

### AGREED ORDER

THIS MATTER came before the Court on the *Motion to Withdraw as Counsel* (Dkt. #25) and response(s) thereto. Upon agreement of the parties,

IT IS ORDERED that:

1. The *Motion to Withdraw as Counsel* shall be and is hereby granted.

2. Giles W. King shall be terminated as the record of counsel for Debtor, Nedra Ann Spees.

##END OF ORDER##

AGREED & APPROVED:

/s/ G. Adam Sanford
G. ADAM SANFORD – MSB#103482
ATTORNEY FOR TRUSTEE

_____
GILES W. KING
ATTORNEY FOR DEBTOR

_____
NEDRA ANN SPEES
DEBTOR

Prepared by:
G. Adam Sanford, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 103482